## Before U.S. Magistrate Judge Sharon L. Ovington

INITIAL APPEARANCE AND ARRAIGNMENT        Date: 6/7/11

CASE CAPTION: USA v. CAROL A. WILSON        CASE #: 3:11-CR-80

**Counsel for Plaintiff: Dwight Keller for Segev Phillips**

**Counsel for Defendant: James Ambrose**

[ ✔ ]   Defendant appeared with counsel, James Ambrose.

[ ✔ ]   Rights and penalties explained and understood.

[ ✔ ]   Penalties: Count 1 - 10 yrs/$250,000 Fine/3 yrs SR/$100 SA; Count 2 - 2 yrs/$250,000 Fine/1 yr SR/$100 SA; Count 3 - 10 yrs/$250,000 Fine/3 yrs SR/$100 SA.

[ ✔ ]   Defendant acknowledges receipt of Indictment, waives its reading and any defects in service.

[ ✔ ]   Defendant entered plea(s) of **NOT GUILTY** to Count(s) **1-3** of the Indictment.

[ ✔ ]   Judge Rose's office will be in contact regarding further scheduling.

[ ✔ ]   Other: oral motion for O/R Bond by Defendant; GRANTED by the Court; Defendant is released O/R (on her own recognizance).

COURTFLOW#:SLO06-07-11            CONVENED: 1:32

DEPUTY CLERK: Rose Plummer            RECESSED: 1:35