**PLEA ON INDICTMENT**          Date: **7/13/2011**

CASE CAPTION: **USA v. Carol A. Wilson**          CASE NUMBER: **3:11-CR-80**

Pltf's Attorney: **Segev Phillips**          Deft's. Attorneys: **James Ambrose**

| | |
|---|---|
| **X** | Defendant appeared with counsel. |
| | Interpreter _____ appeared and sworn. |
| **X** | Defendant sentencing guidelines range discussed and Defendant states he understood possible sentence. |
| **X** | Guideline levels states as Level **13 / 1**. |
| **X** | Defendant's constitutional rights explained and Defendant stated he understood rights. |
| **X** | Defendant waived constitutional rights. |
| **X** | Plea agreement **stipulated to, each page initialed, and document signed by both counsel and the defendant**. |
| **X** | Plea agreement accepted by Court and made a permanent part of the record. |
| **X** | Statement of Facts read into record by **AUSA Segev Phillips**. |
| **X** | Defendant acknowledged accuracy of Statement of Facts. |
| **X** | Defendant entered a plea of **guilty** to Count(s) **1 of the indictment**. |
| **X** | Plea accepted and made a permanent part of the record. |
| **X** | Defendant referred to Probation Department for Presentence Investigation (PSI). |
| **X** | Bond: **Defendant continued on bond as previously ordered by the Court.** |
| | Bond Conditions: _____ |
| **X** | Other: **Sentencing set for 10/14/2011 @ 10:30 a.m.** |

COURT REPORTER: **Leslie Foley**          CONVENE: **10:58 a.m.**

DEPUTY CLERK: **Jeffrey Garey**          RECESS: **11:42 a.m.**