SENTENCING:　　　　　DATE: **10/14/2011**

CASE CAPTION: **USA v. Carol Wilson**　　　CASE NUMBER: **3:11-CR-80**

Pltfs. Attorney: **Segev Phillips**　　　Defts. Attorney: **James Ambrose**

| | |
|---|---|
| **X** | Defendant appeared with Counsel. |
| **X** | Fined $ **-0-** on Count _____. |
| **X** | Special Assessment/Victims Crime Fund: **$100.00**. |
| **X** | Special Assessment to be paid immediately. |
| **X** | Restitution in the amount of $ **151,721.71**. |
| **X** | Defendant placed on probation for a period not to exceed **five (5)** years. |
| **X** | Conditions of probation supervision: |

　　　　**X**　　Follow the rules and regulations of the Probation Department

　　　　**X**　　Defendant must not commit any crimes, either federal, state or local.

　　　　**X**　　Defendant must not own, possess, or traffic in any firearm or dangerous weapon.

　　　　**X**　　Defendant must not possess, use, or traffic in any controlled substance.

　　　　**X**　　Defendant must make themselves available for substance abuse testing and or treatment if requested by supervising agency.

　　　　**X**　　Defendant shall cooperate in the collection of DNA as required by statute.

　　　　_____　Other: _____.

　　　_____　Voluntary surrender
　　　_____　Taken into custody
　　　_____　Defendant remanded to custody of the U.S. Marshal.
　　　**X**　　Defendant's rights of appeal explained and understood

COURT REPORTER  **Leslie Foley**　　　CONVENED:　**10:45 a.m.**
DEPUTY CLERK:　**Liz Penski**　　　RECESSED:　**11:15 a.m.**